# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SAFETY SOCKET, LLC,

        Plaintiff,                            CASE NO. 07-CV-15364

-vs-                                               PAUL D. BORMAN
                                                 UNITED STATES DISTRICT JUDGE

ALL STATE FASTENER CORP.,

        Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE PENDING DISCOVERY

Before the Court is Defendant All State Fastener Corporation's ("Defendant") May 1, 2008 Motion for Summary Judgment. (Dkt. No. 18). On June 2, 2008, Plaintiff Safety Socket, LLP ("Plaintiff') filed its response. The Court held a telephone conference on July 11, 2008.

After review the Court DENIES WITHOUT PREJUDICE Defendant's Motion for Summary Judgment. The Court finds that this Motion is premature given the lack of any discovery at this stage in the litigation. *See White's Landing Fisheries, Inc. v. Buchholzer*, 29 F.3d 229, 231-32 (6th Cir. 1994) (holding that "a grant of summary judgment is improper if the non-movant is given insufficient opportunity for discovery."). The Court shall issue a scheduling order and Defendant's may file for Summary Judgment at the end of such discovery.

    **SO ORDERED.**

                                                  s/Paul D. Borman
                                                  **PAUL D. BORMAN**
                                                  **UNITED STATES DISTRICT JUDGE**

**Dated: July 22, 2008**

## CERTIFICATE OF SERVICE

**Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 22, 2008.**

                                            **s/Denise Goodine**
                                            **Case Manager**